IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-586-D

| | |
|---|---|
| BRITTANY M. TOMLINSON, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| KACIE CAMPBELL, et al., ) | |
| Defendants. ) | |

The court has reviewed the record and governing law. The court DENIES as meritless plaintiff's motion to compel [D.E. 17] and motion for default judgment [D.E. 20].

SO ORDERED. This 21 day of May, 2025.

JAMES C. DEVER III
United States District Judge